**Opinion issued June 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00777-CV

_____

**HISPANIC HOUSING AND EDUCATION INFORMATION, Appellant**

**V.**

**CHICAGO TITLE INSURANCE COMPANY, Appellee**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Case No. 2012-59660

## MEMORANDUM OPINION

Appellant, Hispanic Housing and Education Information, has filed a motion to dismiss its appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.